UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 5:21-cr-00592 |
| | ) | |
| v. | ) | |
| | ) | |
| SHUNEAKA WATSON | ) | MOTION TO RESUME PROSECUTION |

The United States of America, by and through its undersigned counsel, hereby moves this Court to restore the above-captioned case to the active trial docket because the defendant did not successfully complete the Pretrial Diversion Program.

        Respectfully submitted,

        ADAIR F. BOROUGHS
        UNITED STATES ATTORNEY

        By: s/John C. Potterfield
            John C. Potterfield ID NO. 6472
            Assistant United States Attorney
            1441 Main Street, Suite 500
            Columbia, South Carolina 29201
            Tel: (803) 929-3000
            Email: john.potterfield@usdoj.gov

December 14, 2023